IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01858-PAB-KLM

SHARRON BROWN,

      Plaintiff,

v.

COLLECTCORP CORPORATION, a Delaware corporation,

      Defendant.

_____

**AMENDED MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      The parties have filed a Notice of Settlement [Docket No. 6; Filed August 25, 2009]. Accordingly,

      IT IS **ORDERED** that the parties shall file a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41 on or before **September 24, 2009**.

      IT IS FURTHER **ORDERED** that the Scheduling Conference set for October 5, 2009 at 11:00 a.m. is **VACATED**.

DATED: August 26, 2009