IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Case No.  09-cv-01858-PAB-KLM

SHARRON BROWN,

    Plaintiff,

v.

COLLECTCORP CORPORATION, a Delaware corporation,

    Defendant.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Stipulation of Dismissal With Prejudice [Docket No. 9].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED August 28, 2009.

                              BY THE COURT:

                              s/Philip A. Brimmer_____
                              PHILIP A. BRIMMER
                              United States District Judge